JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEMONT CONWAY, | No. CV 17-01629-AG (DFM) |
| Plaintiff, | |
| v. | JUDGMENT |
| LOS ANGELES SHERIFF DEPARTMENT et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the First Amended Complaint and entire action is dismissed without prejudice for failure to prosecute.


Dated: August 31, 2018

_____
ANDREW J. GUILFORD
United States District Judge